

FILED

OCT -7 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL M. THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:10-R- 437 WBS

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) **ORDER TO SEAL** |
| | ) (Under Seal) |
| v. | ) |
| AMADOR ELI ROSALES, | ) |
| aka "Eli Rosales", | ) |
| TONY ROSALES, | ) |
| ALBERT VASQUEZ, | ) |
| ADRIANNA CANO, | ) |
| JONATHAN GONZALEZ, | ) |
| aka "BB", | ) |
| MICHAEL LEONARD LOVATO, | ) |
| aka "Big Mike", | ) |
| DERICK NOBLE, | ) |
| JAMES MURPHY, | ) |
| NICOLE GARCIA, | ) |
| MICHAEL VALENTINO LOVATO, | ) |
| aka "Little Mike", and | ) |
| ANDRE KOVACS, | ) |
| aka "Andy Kovacs", | ) |
| Defendants. | ) |

**SEALED**

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: October 7, 2010

EDMUND F. BRENNAN
United States Magistrate Judge

3