


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-�-437 WBS |
| Plaintiff, | |
| v. | |
| SEALED, | |
| Defendants. | |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the first defendant or until further order of this Court.

DATED: October 7, 2010

EDMUND F. BRENNAN
United States Magistrate Judge

4