JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-437 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) [~~PROPOSED~~ ORDER] CONTINUING |
| v. | ) STATUS CONFERENCE |
| | ) |
| AMADOR ELI ROSALES, et al., | ) |
| | ) Judge: Honorable William B. Shubb |
| Defendants. | ) |
| | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, James P. Chandler, Esq., counsel for defendant Amador Eli Rosales, Michael L. Chastaine, Esq., counsel for defendant Nicole Garcia, Donald P. Dorfman, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for December 13, 2010 be **continued to February 7, 2011, at 8:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of

justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, February 7, 2011.

IT IS SO STIPULATED.

Dated: December 9, 2010                                              /s/  John R. Manning
                                                                                        JOHN R. MANNING
                                                                                        Attorney for Defendant
                                                                                        Michael Leonard Lovato

Dated: December 9, 2010                                              /s/  Kelly Babineau
                                                                                        KELLY BABINEAU
                                                                                        Attorney for Defendant
                                                                                        Michael Valentino Lovato

Dated: December 9, 2010                                              /s/  Danny D. Brace, Jr.
                                                                                        DANNY D. BRACE, JR.
                                                                                        Attorney for Defendant
                                                                                        Jonathan Gonzalez

Dated: December 9, 2010                                              /s/  James P. Chandler
                                                                                        JAMES P. CHANDLER
                                                                                        Attorney for Defendant
                                                                                        Andre Kovacs

Dated: December 9, 2010                                              /s/  Michael L. Chastaine
                                                                                        MICHAEL L. CHASTAINE
                                                                                        Attorney for Defendant
                                                                                        Amador Eli Rosales

Dated: December 9, 2010                                              /s/  Donald P. Dorfman
                                                                                        DONALD P. DORFMAN
                                                                                        Attorney for Defendant
                                                                                        Nicole Garcia

Dated: December 9, 2010                                              /s/  Dan F. Koukol
                                                                                        DAN F. KOUKOL
                                                                                        Attorney for Defendant
                                                                                        Tony Rosales

Dated: December 9, 2010  /s/  Mark J. Reichel
MARK J. REICHEL
Attorney for Defendant
Adrianna Cano

Dated: December 9, 2010  /s/  Timothy E. Warriner
TIMOTHY E. WARRINER
Attorney for Defendant
Derick Noble

Dated: December 9, 2010  Benjamin B. Wagner
United States Attorney

by:  /s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0437 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| AMADOR ELI ROSALES, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the December 7, 2010 status conference be continued to February 7, 2011 at 8:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to February 7, 2011.

IT IS SO ORDERED.
Dated: December 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4