MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-932-7150

Attorney for Defendant
Amador Eli Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMADOR ELI ROSALES,<br><br>　　　　Defendant. | Case No.: 2:10-cr-437 WBS<br><br>STIPULATION AND ORDER CONTINUING VIOLATION OF PRETRIAL CONDITIONS HEARING |

　　　　Defendant, AMADOR ELI ROSALES, by and through his attorney, Michael Chastaine, the United States, by and through Assistant United States Attorney Jill Thomas, hereby stipulate and agree to continue the Violation of Pretrial Conditions Hearing before Hon. Magistrate Judge Kendall J. Newman in the above-captioned case for good cause from Friday, December 17, 2010 at 2:00 p.m. to the next available court date on Monday, December 20, 2010 at 2:00 p.m.  The continuance is requested for good cause—to allow counsel for the defense and counsel for the government to fully prepare to address alleged pretrial conditions violation.

Dated: December 17, 2010　　　　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine__
　　　　　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Eli Amador Rosales

1

| | |
|---|---|
| Dated: December 17, 2010 | BENJAMIN WAGNER<br>United States Attorney<br><br>By:   /s/ Jill Thomas  <br>     JILL THOMAS<br>     Assistant U.S. Attorney<br>     (per authorization) |

## **ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the Violation of Pretrial Conditions Hearing scheduled for Friday, December 17, 2010 at 2:00 p.m. is continued to Monday, December 20, 2010 at 2:00 p.m. before Magistrate Judge Kendall J. Newman.

| | |
|---|---|
| Dated:  December 17, 2010 | /s/ Kendall J. Newman<br>Kendall J. Newman<br>District Magistrate Judge<br>United States District Court |