JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-437 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND |
| | ) [~~PROPOSED~~ ORDER] CONTINUING |
| | ) STATUS CONFERENCE |
| AMADOR ELI ROSALES, et al., | ) Date: June 6, 2011 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, James P. Chandler, Esq., counsel for defendant Amador Eli Rosales, Michael L. Chastaine, Esq., counsel for defendant Nicole Garcia, Donald P. Dorfman, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for April 18, 2011 be **continued to June 6, 2011, at 8:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of

1

justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 6, 2011.

IT IS SO STIPULATED.

Dated: April 14, 2011                                              /s/  John R. Manning
                                                                              JOHN R. MANNING
                                                                              Attorney for Defendant
                                                                              Michael Leonard Lovato

Dated: April 14, 2011                                              /s/  Kelly Babineau
                                                                              KELLY BABINEAU
                                                                              Attorney for Defendant
                                                                              Michael Valentino Lovato

Dated: April 14, 2011                                              /s/  Danny D. Brace, Jr.
                                                                              DANNY D. BRACE, JR.
                                                                              Attorney for Defendant
                                                                              Jonathan Gonzalez

Dated: April 14, 2011                                              /s/  James P. Chandler
                                                                              JAMES P. CHANDLER
                                                                              Attorney for Defendant
                                                                              Andre Kovacs

Dated: April 14, 2011                                              /s/  Michael L. Chastaine
                                                                              MICHAEL L. CHASTAINE
                                                                              Attorney for Defendant
                                                                              Amador Eli Rosales

Dated: April 14, 2011                                              /s/  Donald P. Dorfman
                                                                              DONALD P. DORFMAN
                                                                              Attorney for Defendant
                                                                              Nicole Garcia

Dated: April 14, 2011                                              /s/  Dan F. Koukol
                                                                              DAN F. KOUKOL
                                                                              Attorney for Defendant
                                                                              Tony Rosales

| | |
|---|---|
| Dated: April 14, 2011 | /s/  Mark J. Reichel |
| | MARK J. REICHEL |
| | Attorney for Defendant |
| | Adrianna Cano |
| | |
| Dated: April 14, 2011 | /s/  Timothy E. Warriner |
| | TIMOTHY E. WARRINER |
| | Attorney for Defendant |
| | Derick Noble |
| | |
| Dated: April 14, 2011 | Benjamin B. Wagner |
| | United States Attorney |
| | |
| by: | /s/ Jill M. Thomas |
| | JILL M. THOMAS |
| | Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  No. CR-S-10-0437 WBS
                           )
    Plaintiff,             )  ORDER TO
                           )  CONTINUE STATUS CONFERNCE
v.                         )
                           )
AMADOR ELI ROSALES, et al.,)
                           )
    Defendants.            )
                           )

GOOD CAUSE APPEARING, it is hereby ordered that the April 18, 2011 status conference be continued to June 6, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to June 6, 2011.

IT IS SO ORDERED.

Dated:       April 21, 2011

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

4