JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-10-437 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) [~~PROPOSED~~ ORDER] CONTINUING |
| | ) STATUS CONFERENCE |
| AMADOR ELI ROSALES, et al., | ) Date: July 25, 2011 |
| | ) Time: 8:30 a.m. |
| Defendants. | ) Judge: Honorable William B. Shubb |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jill M. Thomas, Assistant United States Attorney, together with counsel for defendant Michael Leonard Lovato, John R. Manning, Esq., counsel for defendant Michael Valentino Lovato, Kelly Babineau, Esq., counsel for defendant Jonathan Gonzalez, Danny D. Brace, Jr., Esq., counsel for defendant Andre Kovacs, James P. Chandler, Esq., counsel for defendant Amador Eli Rosales, Michael L. Chastaine, Esq., counsel for defendant Tony Rosales, Dan F. Koukol, Esq., counsel for defendant Adrianna Cano, Mark J. Reichel, Esq., and counsel for defendant Derick Noble, Timothy E. Warriner, Esq., that the status conference presently set for June 6, 2011 be **continued to July 25, 2011, at 8:30 a.m.,** thus **vacating** the presently set status conference for all defendants with the exception of defendant Nicole Garcia, who wishes to remain on calendar to enter a change of plea.

1

Defense counsel requires additional time to review the voluminous discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 25, 2011.

IT IS SO STIPULATED.

Dated: June 1, 2011                              /s/  John R. Manning
                                                 JOHN R. MANNING
                                                 Attorney for Defendant
                                                 Michael Leonard Lovato

Dated: June 1, 2011                              /s/  Kelly Babineau
                                                 KELLY BABINEAU
                                                 Attorney for Defendant
                                                 Michael Valentino Lovato

Dated: June 1, 2011                              /s/  Danny D. Brace, Jr.
                                                 DANNY D. BRACE, JR.
                                                 Attorney for Defendant
                                                 Jonathan Gonzalez

Dated: June 1, 2011                              /s/  James P. Chandler
                                                 JAMES P. CHANDLER
                                                 Attorney for Defendant
                                                 Andre Kovacs

Dated: June 1, 2011                              /s/  Michael L. Chastaine
                                                 MICHAEL L. CHASTAINE
                                                 Attorney for Defendant
                                                 Amador Eli Rosales

Dated: June 1, 2011                              /s/  Dan F. Koukol
                                                 DAN F. KOUKOL
                                                 Attorney for Defendant
                                                 Tony Rosales

| | |
|---|---|
| Dated: June 1, 2011 | /s/  Mark J. Reichel<br>MARK J. REICHEL<br>Attorney for Defendant<br>Adrianna Cano |
| Dated: June 1, 2011 | /s/  Timothy E. Warriner<br>TIMOTHY E. WARRINER<br>Attorney for Defendant<br>Derick Noble |
| Dated: June 1, 2011 | Benjamin B. Wagner<br>United States Attorney |
| | by:   /s/ Jill M. Thomas<br>         JILL M. THOMAS<br>         Assistant U.S. Attorney |

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
MICHAEL LEONARD LOVATO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0437 WBS |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| AMADOR ELI ROSALES, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the June 6, 2011 status conference be continued to July 25, 2011 at 8:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to July 25, 2011.

IT IS SO ORDERED.
Dated: June 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE