MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Amador Rosales

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>AMADOR ROSALES et al,<br><br>  Defendant. | Case No.: 2:10 CR 437 WBS<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

    It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, Michael Chastaine, attorney for defendant Amador Rosales, Dan Koukol attorney for Tony Rosales, Mark Reichel, attorney for defendant Adrianna Cano, Danny Brace, attorney for defendant Jonathan Gonzalez, John Manning, attorney for Michael L. Lovato, Kelly Babineau, attorney for defendant Michael V. Lovato, and James Chandler attorney for Andre Kovacs that the status conference date of Monday, July 25, 2011 should be continued until Monday September 26, 2011.  The continuance is necessary as all counsel are continuing to engage in negotiations with the government.  Further, counsel is still reviewing the wire tape phone calls and other discovery.

    IT IS STIPULATED that the period of time from the July 25, 2011 up to and including September 26, 2011 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

.

1

Dated: July 18, 2011                By: ____/s/ Michael Chastaine
                                            MICHAEL CHASTAINE
                                            Attorney for Amador Rosales

Dated: July 18, 2011                By: ____/s/ Dan Koukol
                                            DAN KOUKOL
                                            Attorney for Tony Rosales

Dated: July 18, 2011                By: ____/s/ Mark Reichel
                                            MARK REICHEL
                                            Attorney for Adrianna Cano

Dated: July 18, 2011                By: ____/s/ Danny Brace
                                            DANNY BRACE
                                            Attorney for Jonathan Gonzalez

Dated: July 18, 2011                By: ____/s/ John Manning
                                            JOHN MANNING
                                            Attorney for Michael L. Lovato

Dated: July 18, 2011                By: ____/s/ Kelly Babineau
                                            KELLY BABINEAU
                                            Attorney for Michael V. Lovato

Dated: July 18, 2011                By: ____/s/ James Chandler
                                            JAMES CHANDLER
                                            Attorney for Andre Kovacs

Dated: July 18, 2011                          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Jill Thomas____
                                            JILL THOMAS
                                            Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Monday, July 25, 2011 at 8:30 a.m. be continued to Monday, September 26, 2011 at 8:30 a.m. and that the period from July 25, 2011 to September 26, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4.

Dated: July 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE